UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -   x
                                   :
UNITED STATES OF AMERICA           :        SEALED INDICTMENT
                                   :
        - v. -                     :        22 Cr. 179
                                   :
TYRELL LOCKHART,                   :
                                   :
        Defendant.                 :
                                   :
- - - - - - - - - - - - - - - -   x

## COUNT ONE
### (Felon in Possession of Ammunition)

The Grand Jury charges:

1.   On or about April 25, 2020, in the Southern District of New York and elsewhere, TYRELL LOCKHART, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, three .40 caliber rounds of ammunition, which were manufactured by Smith & Wesson, and the ammunition was in and affecting interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                                DAMIAN WILLIAMS
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TYRELL LOCKHART,

Defendant.

SEALED INDICTMENT

22 Cr. 179

(18 U.S.C. § 922(g)(1).)

DAMIAN WILLIAMS
United States Attorney

_Foreperson_