

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 24, 2022

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Tyrell Lockhart*, **22 Cr. 179**

Dear Judge Krause:

    The Government writes to respectfully request that the Court unseal the above-referenced indictment, 22 Cr. 179, and related arrest warrant for Defendant Tyrell Lockhart, as I have been advised that the Defendant has been arrested.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Stephanie Simon
    Assistant United States Attorney
    Tel: (914) 993-1920

SO ORDERED:

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
Dated: March 24, 2022