LAW OFFICES
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
EMAIL: JSWallensteinEsq@outlook.com

June 15, 2022

**BY ECF**

Hon. Cathy Seibel
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    **Re:   United States v. Tyrell Lockhart**
          **Docket # 22 CR 179 (CS)**

Dear Judge Seibel;

    This matter is scheduled for a status conference on June 29, 2022. I have conferred with AUSA Stephanie Simon, and we are in agreement that an adjournment of about 60 days would permit us to continue discovery review and plea negotiations. Mr. Lockhart is not in custody.

    I have discussed this with my client, and we agree to exclude the time between June 16 and the next date from the operation of the Speedy Trial Act.

    Mr. Clark has provided alternate dates for the adjournment, subject to the Court's September trial calendar, and Ms. Simon and I agree that we are both available on September 28. We therefore request that date.

    Thank you for your courtesy and consideration.

                               Respectfully yours,

                               *John S. Wallenstein*
                               JOHN S. WALLENSTEIN

JSW/hs

> Sixty days is late August, not late September, so the status conference is adjourned to 8/23/22 at 11 am.  The time between now and then is excluded under the Speedy Trial Act in the interests of justice.  I find the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will the defendant to continue his review of the discovery and enable the parties to continue discussions regarding a possible disposition without trial.

SO ORDERED.

*Cathy Seibel*  6/15/22
CATHY SEIBEL, U.S.D.J.