**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

*Application granted.  Mr. Lockhart may go to the hospital with his girlfriend when she gives birth, on whatever terms are set by his Pretrial Services Officer.*

*SO ORDERED.*

*/s/ Cathy Seibel*
*CATHY SEIBEL, U.S.D.J.*

*7/14/22*

July 14, 2022

**BY ECF**

Hon. Cathy Seibel
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    **Re:   United States v. Tyrell Lockhart    22 CR 179 (CS)**

Dear Judge Seibel;

    I write to respectfully request a temporary modification of the conditions of release. Mr. Lockhart is under a curfew, required to be home between 8:00 p.m. and 8:00 a.m. each day. His girlfriend is pregnant and due to give birth shortly. I request that he be permitted to attend the birth at the hospital, regardless of timing, and to be with his girlfriend and child during the hospital stay. Obviously, we do not know when this will occur, and it may well be during the curfew hours.

    I have been in contact with PreTrial Services Officer Andrew Abbott, who advises that he has no objection to this temporary modification. The hospital and medical information has already been provided to him, and he advises that Mr. Lockhart must notify him as soon as possible after the event, and provide verification of the birth and hospital stay. I have also been in contact with AUSA Stephanie Simon, who advises that the government defers to pretrial.

    Thank you for your courtesy and consideration.

                             Respectfully yours,

                             *John S. Wallenstein*
                             JOHN S. WALLENSTEIN

JSW/hs

cc:    PTSO Andrew Abbott
       AUSA Stephanie Simon